AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
04/09/2020
Clerk, U.S. District Court
Western District of Texas

By:_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:20-M -02193(1) - MAT |
| | § |
| (1) MARGARITO RAMIREZ-LEDEZMA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 07, 2020** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Margarito RAMIREZ-Ledezma, an alien to the United States and a citizen of Mexico was found attempting to conceal himself in an area approximately 3 miles east of the Ysleta Port of Entry, in El Paso, Texas, which is in the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ NAVARRO, JOSE
Signature of Complainant
Border Patrol Agent

04/09/2020          at   EL PASO, Texas
File Date                City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:20-M -02193(1)

WESTERN DISTRICT OF TEXAS

(1) MARGARITO RAMIREZ-LEDEZMA

FACTS   (CONTINUED)

Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The Defendant has been previously removed from the United States to Mexico on 03/23/2016 through Del Rio, Texas. The Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been granted 2 voluntary departure(s), the last on April 27, 2002, through EL PASO, TX
The DEFENDANT has been deported 6 time(s), the last one being to MEXICO on March 23, 2016, through DEL RIO, TX, INTL BRIDGE


CRIMINAL HISTORY:
11/18/2002, Fillmore, Utah, Dangerous Drugs(F), CNV, One Year Imprisonment.
11/18/2002, Fillmore, Utah, Making False Report(M), CNV, One Year Jail (con).
09/13/2007, Avondale, Arizona, Possession of Drug Paraphernalia(F), CNV, 18 Months Probation.
05/15/2008, Phoenix, Arizona, Theft - Theft-Means of Transportation (Felony)(F), CNV, 3 Years 6 Months.
04/05/2013, Las Cruces, New Mexico, 1326 Reentry After Deportation(F), CNV, 8 Months.
10/07/2015, Las Cruces, New Mexico, 1326 Reenty After Deportation(F), CNV, 12 Months 1 Day.
04/12/2017, Deming, NM, 1326 Reenty After Deportation(F), CNV, Sentenced: 37 months, supervised release: 36 months expires 02/24/2023..